KE    /4DFG

UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:  BRITTANY S MAXWELL                              Case No:  4:19-bk-15322 T

## OBJECTION TO CONFIRMATION OF INITIAL PLAN

Comes now Mark T. McCarty, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. §1325(b). Payments to be paid to unsecured creditors are inconsistent with disposable income. **A new budget is needed as Debtor testified at the first meeting of creditors she has new employment.**

2. 11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code. **Debtor failed to disclose all her unsecured debts on schedule E/F.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, Mark T. McCarty, Standing Chapter 13 Trustee prays:
1. That the Court set this objection for a hearing.
2. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307 or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
3. That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated:  11/20/2019

/s/ Mark T. McCarty
CHAPTER 13 TRUSTEE

cc:   Brittany S Maxwell
      3818 West 19Th Street
      Little Rock, AR  72204

      Danyelle J. Walker   (Noticed by ECF)
      Law Office Of Danyelle Walker, Pllc
      323 Center Street Ste 1020
      Little Rock, AR  72201