GO11-17(a)/ BS      /59A

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

IN RE:  Brittany S Maxwell  							CASE NO:    4:19-bk-15322 T

Chapter 13

## CHAPTER 13 ORDER TO MODIFY PLAN AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry [17], filed on 11/21/2019 by the Trustee.  The Objection was set for hearing on 01/07/2020.  Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation is sustained. The debtor is hereby granted 21  days from the date of this Order to file a modification to the plan and to provide documentation, amended Schedules F & I, regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

/s/  Richard D. Taylor

Richard D. Taylor
U.S. Bankruptcy Judge

Date:    January 08, 2020

cc:   Mark T. McCarty, Trustee

Danyelle J. Walker     (Noticed by ECF)
Law Office Of Danyelle Walker, Pllc
323 Center Street Ste 1020
Little Rock, AR  72201

Brittany S Maxwell
3818 West 19Th Street
Little Rock, AR  72204